# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133527

IN THE MATTER OF

HONORABLE JEANETTE O'BANNER-OWENS
JUDGE, 36th DISTRICT COURT

BEFORE THE JUDICIAL TENURE COMMISSION

_____

On order of the Court, the request by the Judicial Tenure Commision for appointment of a master is considered and Honorable Vesta Svenson is appointed Master to hear Formal Complaint No. 80.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 10, 2007

Clerk